IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FERNANDO CONTRERAS,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC,<br><br>Defendant. | CV 17-75-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Remington Arms Company, LLC ("Remington") moves for the admissions of Dale G. Wills (Doc. 9) and Andrew A. Lothson (Doc. 10) to practice before this Court in this case with Robert M. Carlson to act as local counsel.

*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3). While Remington's motions do contain affidavits from Mr. Wills and Mr. Lothson, both affidavits fail to address items 83.1(d)(3)(B), (C), (H), (I), and (J). (*See* Docs. 9-1, 10-1.)

Accordingly, IT IS HEREBY ORDERED that Remington's motions to admit Mr. Wills and Mr. Lothson *pro hac vice* are DENIED without prejudice.

Remington may resubmit its motions, provided the motions are accompanied by affidavits that comply in full with L.R. 83.1(d)(3).

DATED this 28th day of August, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge