Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH    :  406-782-5800
FAX  :  406-723-8919
bcarlson@cpklawmt.com

Dale G. Wills (admitted pro hac vice)
Andrew A. Lothson (admitted pro hac vice)
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL  60611
PH    :  (312) 321-9100
FAX  :  (312) 321-0990
dwills@smbtrials.com
alothson@smbtrials.com

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | | |
|---|---|---|
| FERNANDO CONTRERAS, | * | No. CV-17-75-BLG-TJC |
| | * | |
| Plaintiff, | * | **DEFENDANT'S SUGGESTION** |
| v. | * | **OF BANKRUPTCY** |
| | * | |
| REMINGTON ARMS COMPANY, LLC, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

Defendant REMINGTON ARMS COMPANY, LLC (Remington) files this Suggestion of Bankruptcy.  On March 25, 2018, Remington filed a Voluntary

Petition in the United States Bankruptcy Court for the District of Delaware seeking relief pursuant to Chapter 11 of Title 11 of the United States Code. Remington's Voluntary Petition is Case No. 18-10687-BLS. A copy of the Voluntary Petition is attached hereto as Exhibit A. As a result of the bankruptcy filing, the above-styled and numbered cause of action is stayed pursuant to the automatic stay provisions of 11 U.S.C. § 362.

DATED this 26th day of March, 2018.

/s/ *Robert M. Carlson*
Robert M. Carlson
Corette Black Carlson & Mickelson

Dale G. Wills (admitted pro hac vice)
Andrew A. Lothson (admitted pro hac vice)
Swanson, Martin & Bell, LLP

Attorneys for Defendant
Remington Arms Company, LLC