IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FERNANDO CONTRERAS,<br><br>            Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC,<br><br>            Defendant. | CV 17-75-BLG-TJC<br><br>**ORDER** |

The Court has been advised that the automatic stay related to defendant Remington Arms Company, LLC's ("Remington") bankruptcy petition has been lifted. (*See* Docs. 35, 36.) Accordingly,

IT IS ORDERED that, on or before **July 30, 2018**, Remington and plaintiff Fernando Contreras shall file with the Court a joint status report, indicating the status of discovery and any settlement negotiations, and providing a proposed case management schedule if settlement is not imminent.

IT IS FURTHER ORDERED that the Court shall conduct a telephonic status conference on **August 2, 2018, at 11:30 a.m.** Counsel shall follow the below steps to participate in the Conference:

    1.    Dial 1-877-848-7030
    2.    Enter Access Code 5492555
    3.    Press #
    4.    State your name at the tone.

The Clerk of Court is advised that this Order renders moot Remington's request for a status conference in its Notice of Lifting of Bankruptcy Stay, and that motion therefore should be terminated in the Court's electronic filing system. (Doc. 36.)

DATED this 16th day of July, 2018.

/s/ Timothy J. Cavan
TIMOTHY J. CAVAN
United States Magistrate Judge