Richard A. Ramler
Jorden S. Ramler
Ramler Law Office, P.C.
202 West Madison
Belgrade, MT   59714
Telephone (406) 388-0150
Telefax (406) 388-6842
rramler@ramlerlaw.com
jramler@ramlerlaw.com

John Heenan
Colette B. Davies
Bishop, Heenan & Davies
1631 Zimmerman Trail
Billings, MT 59102
Telephone (406)839-9091
Telefax (406) 839-9092
jheenan@bhdlawyers.com
colette@bhdlawyers.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| FERNANDO CONTRERAS, ) | |
| ) | Cause No.: CV-17-75-BLG-TJC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **PLAINTIFF'S UNOPPOSED** |
| REMINGTON ARMS COMPANY, LLC, ) | **MOTION FOR RESETTING** |
| ) | **TELEPHONIC STATUS** |
| Defendant. ) | **CONFERENCE** |
| ) | |
| ) | |
| ) | |

COMES NOW, the Plaintiff Fernando Contreras ("Contreras") and respectfully moves the Court to reset the Telephone Status Conference currently set for August 2, 2018 at 11:30am to August 1, 2018 at 11:30am.

## LR 7.1 COMPLIANCE

On July 27, 2018, Counsel for Plaintiff contacted Counsel for Defendant regarding resetting the August 2 status conference due to personal conflict for counsel for Contreras.  Defense Counsel has no objection to resetting the status conference as long as it can be reset for the morning of August 1, 2018 at 11:30 am, or on August, 15, between 10:30 am and Noon or after 3 pm.

## MOTION

The Court issued an Order on July 16, 2018 requiring a joint status report and telephonic status conference.  (Doc. 38.)  The parties anticipate filing the joint status report as ordered on July 30, 2018.  The telephonic status conference is currently set for August 2, 2018 at 11:30am.  Pursuant to Federal Rule Civil Procedure 6(b), Plaintiff moves this Court for a resetting of the telephonic status conference. Counsel for Plaintiff, Richard Ramler, is scheduled to be in the Bob Marshall on a pack trip on August 2 with no normal cellphone service.  Counsel for Plaintiff therefore requests a resetting of the telephonic status conference to August 1, 2018 at 11:30am if possible as he is lead Plaintiff's counsel in this case.

The motion is not made for the purpose of delay. As set forth above, Plaintiff has shown good cause. Further, Defendant stated they do not oppose this request for a reset of the status conference to the morning of August 1, 2018, or August 15, 2018, at the times described above.

Dated this 30th day of July, 2018.

                                      Ramler Law Office, P.C.

                                      By:  /s/ Richard A. Ramler
                                                Richard A. Ramler

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the following individuals by the means designated below this 30th day of July, 2018:

[X] CM/ECF          Clerk, U.S. District Court

[X] CM/ECF          Robert M. Carlson
                            Corette Black Carlson & Mickelson
                            129 West Park Street
                            P.O. Box 509
                            Butte, MT 59703

[X] CM/ECF          Dale G. Wills
                            Andrew A. Lothson
                            Swanson, Martin & Bell, LLP
                            330 North Wabash, Suite 3300
                            Chicago, IL 60611

                                         /s/ Richard A. Ramler
                                      Richard A. Ramler