Richard A. Ramler
Jorden S. Ramler
Ramler Law Office, P.C.
202 West Madison
Belgrade, MT    59714
Telephone (406) 388-0150
Telefax (406) 388-6842
rramler@ramlerlaw.com
jramler@ramlerlaw.com

John Heenan
Colette B. Davies
Bishop, Heenan & Davies
1631 Zimmerman Trail
Billings, MT 59102
Telephone (406)839-9091
Telefax (406) 839-9092
jheenan@bhdlawyers.com
colette@bhdlawyers.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | | |
|---|---|---|
| FERNANDO CONTRERAS, | ) | Cause No. CV-17-75-BLG-TJC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***UNOPPOSED* MOTION** |
| REMINGTON ARMS COMPANY, LLC, | ) | **FOR MEDIATION BY** |
| | ) | **MAGISTRATE JUDGE** |
| Defendant. | ) | |

_____

Plaintiff, Fernando Contreras, by and through his attorneys and pursuant to

the Court's Scheduling Order, respectfully moves that this matter be referred to a

Magistrate Judge for the limited purpose of conducting a settlement conference as soon as practical.   Defendant has been contacted and joins in this Motion. A proposed order is filed contemporaneously with this Motion.

DATED this 1st day of October, 2018.

                                        Ramler Law Office, P.C.

                                        Bishop, Heenan & Davies

                                        /s/ John Heenan
                                        John Heenan