IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FERNANDO CONTRERAS, | CV 17-75-BLG-TJC |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |
| REMINGTON ARMS COMPANY, LLC, | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 63), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 11th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge